IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:11CR3086 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARTIN QUINTANA MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Morales' Unopposed Motion to Continue Plea Hearing, filing no. 49, from November 22, 2011, for approximately three (3) weeks. The parties have not finalized their plea discussions and negotiations. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Morales' plea hearing shall be continued until the 13th day of December, 2011, at 9:30 a.m. Mr. Morales is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Morales' motion, the ends of justice will be served by continuing Morales' plea hearing. Further, the Court finds that taking such action outweighs the best interests of the public and Morales in a speedy trial. Accordingly, the time from November 22, 2011, until the date next set shall be excludable time, pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 21st day of November, 2011.

BY THE COURT:

_____  *(signature)*
The Honorable Cheryl R. Zwart
United States Magistrate Judge