IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:11CR3086 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| v. | ) | |
| | ) | |
| MARTIN QUINTANA MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The Motion to Withdraw and Appoint New Counsel, (filing 54), is granted, and John C. Vanderslice and the Federal Public Defender's office is are withdrawn as counsel of record for Mr. Morales. The Federal Public Defender's office shall contact a CJA panel attorney to represent Mr. Morales in the above captioned matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and shall forthwith provide this Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the CJA Plan for this District. Mr. Vanderslice is removed from all future ECF notifications in this case.

2) The change of plea hearing scheduled for December 13, 2011 is cancelled.

3) Unless the court has been advised to again set a change of plea hearing, a status conference will be held on January 12, 2012 at 10:00 a.m. before the undersigned magistrate judge in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant, defendant's appointed counsel, and counsel for the government shall be present at this conference.

4) Due to the change of defense counsel, the Court further finds that the ends of justice will be served by allowing the defendant additional time to consider his options before entering a guilty plea or, in the alternative, setting this case for trial, and the purposes served by allowing the defendant additional time outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and January 12, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

December 12, 2011.                    BY THE COURT:

                                      _____
                                      United States Magistrate Judge